UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SAMUEL FRATTO III, et al.,                          :
                                                    :
                        Plaintiffs,                 :
                                                    :         **ORDER**
v.                                                  :
                                                    :         25-CV-08409 (PMH)
R.E.C. Electric, Inc., et al.,                      :
                                                    :
                        Defendants.                 :
-------------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

On October 10, 2025, Samuel Fratto III, James Johannemann, and Frank Perugino ("Plaintiffs") commenced the instant action against R.E.C. Electric, Inc. ("R.E.C. Electric") and Allan Thompson, Jr. ("Thompson," and together, "Defendants"). (Doc. 1).

On October 15, 2025, the Clerk of Court issued summonses as to the Defendants with respect to the Complaint. (Docs. 8-9). On November 7, 2025 and November 19, 2025, Plaintiff filed affidavits of service as to R.E.C. Electric and Thompson, respectively. (Docs. 10-11). Defendants did not answer or otherwise respond to the Complaint. There has been no activity on the docket since the filing of the affidavits of service.

Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by February 6, 2026. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED:

Dated: White Plains, New York
          January 2, 2026

_____
Hon. Philip M. Halpern
United States District Judge

1