UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SAMUEL    FRATTO    III    and    JAMES
JOHANNEMANN, as Trustees of I.B.E.W. LOCAL
363 PENSION FUND, WELFARE FUND, MONEY
PURCHASE PENSION FUND, VACATION AND
PAID    HOLIDAY    FUND,    SUPPLEMENTAL
UNEMPLOYMENT    BENEFIT    FUND,    LABOR
MANAGEMENT COOPERATIVE FUND, and JOINT
APPRENTICE    TRAINING    FUND,    and    FRANK
PERUGINO, as President of the INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS,
LOCAL UNION NO. 363,

**DEFAULT JUDGMENT**

Civil Action No.: 25-08409-PMH

Plaintiffs,

-against-

R.E.C. ELECTRIC, INC. and ALLAN THOMPSON,
JR.,

Defendants.
------------------------------------------------------------------------x

This action, having been commenced on October 10, 2025, by the filing of the complaint

and issuance of a summons, and the summons and complaint having been served upon

defendants R.E.C. ELECTRIC, INC. and ALLAN THOMPSON, JR., pursuant to Rule 4(e)(1)

and Rule 4(h)(1) of the Federal Rules of Civil Procedure; and it further appearing that defendants

R.E.C. ELECTRIC, INC. and ALLAN THOMPSON, JR. have not appeared, answered or made

any motion with respect to the complaint and the time for answering the complaint or so moving

having expired,

**NOW,** on motion of Archer, Byington, Glennon & Levine, LLP, attorneys for the

plaintiffs, and upon the proceedings herein, it is

**ORDERED, ADJUDGED AND DECREED,** that plaintiffs are hereby awarded

judgment against defendants, R.E.C. ELECTRIC, INC. and ALLAN THOMPSON, JR., in the

sum of $64,551.56 in unpaid fringe benefit contributions and dues assessments for the months of

May 2023 through September 2024, together with interest on the unpaid fringe benefit contributions and dues assessments at the rate of nine percent (9%) per annum, as demanded in the complaint and as provided in defendant's collective bargaining agreement, the plaintiffs' Trust Agreement, and §502(g)(2) of ERISA, 29 U.S.C. §1132(g)(2), amounting to $9,894.55 as of February 1, 2026, plus liquidated damages on unpaid fringe benefit contributions in the sum of twenty (20%) percent of the unpaid fringe benefit contributions as demanded in the complaint and as provided in defendant's collective bargaining agreement and §502(g)(2)(C) of ERISA, 29 U.S.C. §1132(g)(2)(C), amounting to $11,592.22, plus the reasonable attorneys' fees and costs of this action, as demanded in the complaint and as provided in §502(g)(2)(D) of ERISA, 29 U.S.C. §1132(g)(2)(D), amounting to $2,393.75, as of December 31, 2025, and amounting in all to judgment in plaintiffs' favor in the sum of $88,432.08, plus interest at the per diem rate of $15.66 per day from February 2, 2026, to the date of entry of judgment herein, and that plaintiffs have execution therefor.

**ORDERED, ADJUDGED AND DECREED**, that defendants, R.E.C. ELECTRIC, INC. and ALLAN THOMPSON, JR., shall permit and cooperate in the conduct of an audit of defendant's books and payroll records, and to produce to the Fund's auditors all books, records and reports required to conduct a payroll audit to ensure compliance with the terms of the defendant's Collective Bargaining Agreement and to ascertain the amount of any additional fringe benefit contributions and assessments dues, and payable to plaintiffs, and that plaintiffs have execution therefor.

Dated: White Plains, New York
April 3 , 2026

_____
U.S.D.J.

785167

2